FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0039

_____

IN RE. THE MARRIAGE OF:
DAVINA ATTAR-WILLIAMS,

      Petitioner and Appellant,

and                                                       O R D E R

STEVEN THOMAS WILLIAMS,

      Respondent and Appellee.

_____

The record was filed for purposes of this appeal on March 2, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 2, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Appellant Davina Attar-Williams and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021